UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAXL, LLC; INTELLECTUS DOMINUS, LLC; and TRIPHENE LLC.,

                    Plaintiffs,

              v.

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

                    Defendants.

26-CV-2620 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

As stated in the Court's order filed yesterday, and as no motion to the contrary has been filed, the case is hereby unsealed, and all filings to date shall be uploaded to the Electronic Case Filing system.

SO ORDERED.

Dated:    May 5, 2026
          New York, New York

                            Ronnie Abrams
                            United States District Judge