UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MAXL, LLC; INTELLECTUS DOMINUS, LLC; and TRIPHENE LLC.,

               Plaintiffs,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

               Defendants.

26-CV-2620 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

By no later than April 3, 2026, Plaintiffs shall submit to the Court the URLs for Defendants' storefronts listed in Schedule A and/or the webpages displaying Defendants' allegedly infringing products.

SO ORDERED.

Dated:    April 1, 2026
          New York, New York

_____
Ronnie Abrams
United States District Judge