UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAXL, LLC; INTELLECTUS DOMINUS, LLC; and TRIPHENE LLC., <br><br> Plaintiffs, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, <br><br> Defendants. | 26-CV-2620 (RA) <br><br> ORDER |

RONNIE ABRAMS, United States District Judge:

IT IS HEREBY ORDERED THAT Defendants show cause before Judge Ronnie Abrams in a telephonic hearing occurring on April 20, 2026 at 4 p.m. (Call-in Number: (855)244-8681; Meeting ID 2305 542 4735), why a preliminary injunction should not be entered in favor of Plaintiffs for the relief requested in the Complaint; and

IT IS FURTHER ORDERED that Defendants shall file any opposing papers by April 15, 2026.  Plaintiffs shall file any reply papers by April 17, 2026.

Plaintiffs shall serve a copy of this Order on Defendants within five days after Plaintiffs' counsel has received confirmation regarding the funds restrained and expedited discovery.

SO ORDERED.

Dated:    April 2, 2026
          New York, New York

_____
Ronnie Abrams
United States District Judge