UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAXL, LLC; INTELLECTUS DOMINUS, LLC; and TRIPHENE LLC.,

      Plaintiffs,

    v.

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

      Defendants.

26-CV-2620 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

  Unless the Court receives a motion to the contrary by May 5, 2026 at 12:00 p.m., the case shall be unsealed and all items filed to date shall be uploaded to the Electronic Case Filing system.

SO ORDERED.

Dated:  May 4, 2026
    New York, New York

             Ronnie Abrams
             United States District Judge